IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIRCH LANDING APARTMENTS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:18-cv-2824-AT |
| VALERIE RAYSOR, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 3] that this dispossessory action be remanded to the Magistrate Court of Douglas County.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DIRECTS** the Clerk to **REMAND** this matter back to the Magistrate Court of Douglas County.

**IT IS SO ORDERED** this 9th day of July, 2018.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE